1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KYLE VINCENT JONES,                          No.  1:22-cv-01388-ADA-BAM (SS)

12                        Plaintiff,

13          v.                                      ORDER ADOPTING THE PARTIES'
                                                    STIPULATION FOR THE AWARD OF
14    KILOLO KIJAKAZI, Acting                       ATTORNEY'S FEES UNDER THE EQUAL
      Commissioner of Social Security,              ACCESS TO JUSTICE ACT
15
16                        Defendant.                (ECF No. 16)

17          On October 27, 2022, Plaintiff Kyle Vincent Jones filed this action seeking review of a

18    final decision of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.  (ECF No.

19    1.)  The Court remanded the matter on June 30, 2023 for further administrative proceedings

20    pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF No. 13.)  On September 28, 2023, the

21    parties filed a stipulation that Plaintiff should be awarded attorney's fees under the Equal Access

22    to Justice Act, 28 U.S.C. § 2412(d) in the amount of $587.37.  (ECF No. 16.)

23          Accordingly,

24          1.      Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), Plaintiff is

25                  awarded attorney's fees in the amount of $587.37;

26          2.      After the issuance of this order, the government shall consider the assignment of

27                  the Equal Access to Justice Act attorney's fees to Plaintiff's counsel as follows:

28    ///

                                                    1

a.     Pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010), any such assignment will depend on whether the attorney's fees are subject to any offset allowed under the United States Department of Treasury's Offset Program;

b.     Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of attorney's fees to be made directly to Plaintiff's counsel, Jonathan O. Peña;

c.     Whether the payment of attorney's fees is made payable to Plaintiff or to his counsel, the check will be mailed to Plaintiff's counsel's mailing address at:

> Jonathan O. Peña
> Peña & Bromberg, PLC
> 2440 Tulare St., Suite 320
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:    October 2, 2023

_____
UNITED STATES DISTRICT JUDGE

2